■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLYDE PURNELL, Appellant. [803 NYS2d 175]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered March 4, 2003, convicting him of failure to register or verify as a felony, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his waiver of the right to appeal was effective (*see People v Callahan,* 80 NY2d 273 [1992]; *People v Khan,* 201 AD2d 586 [1994]). In addition, by pleading guilty, the defendant waived his claims concerning nonjurisdictional defects in the indictment (*see People v DiCarluccio,* 168 AD2d 509 [1990]; *People v Cox,* 275 AD2d 924 [2000]). The defendant received the effective assistance of counsel at sentencing.

The defendant's remaining contentions are either unpreserved for appellate review (*see People v Szyjko,* 17 AD3d 609 [2005], *lv denied* 5 NY3d 795 [ 2005]), or not properly before us (*see* CPL 470.15 [1]). Adams, J.P., Luciano, Skelos and Lifson, JJ., concur.